## PARKER v. BOARD OF COM'RS OF OKMULGEE COUNTY.

No. 28882. May 21, 1940.

*102 P. 2d 883.*

W. C. Alley, of Okmulgee, for plaintiff in error.

George R. Inglish and B. F. Moak, both of Okmulgee, and W. E. Foster, of Henryetta, for defendant in error.

HURST, J. This is a companion case to Parker v. Board of County Commissioners of Okmulgee County, 187 Okla. 308, 102 P. 2d 880, this day decided. The issues are identical, and the cases are briefed and submitted together, and questions presented are determined by the opinion in that case.

In accordance with the views therein expressed, we hold that the judgment of the trial court in the present case was correct.

Affirmed.

BAYLESS, C. J., WELCH, V. C. J., and RILEY and CORN, JJ., concur.